AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Gary Weinreich and Robert O'Hara, individually and on behalf of all others similarly situated,

*Plaintiffs,*

v.

Toyota Motor Corporation, Toyota Motor Engineering and Manufacturing North America Inc. and Toyota Motor Sales USA Inc.,

*Defendants.*

Civil Action No. 2:18-3294-RMG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Defendants' motion for summary judgment (Dkt No. 261) is GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by the Honorable Richard M. Gergel, United States District Judge.

Date: January 11, 2023

s/Robin L. Blume
*CLERK OF COURT*

_____
Deputy Clerk of Court